UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONI MARIE MOTHE, | ) |
| | ) CASE NO. C20-5856-RSM |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On September 6, 2022, Plaintiff filed a Motion for Attorney Fees under 42 U.S.C. § 406(b). Dkt #23. On September 13, 2022, Defendant Commissioner of Social Security filed a response noting Defendant was "unable to state a position on the merits of Plaintiff's request" due to Plaintiff's failure to attach exhibits referenced in her Motion. Dkt. #24 at 1. Defendant also pointed out that Plaintiff claimed the Court awarded her EAJA fees, when in fact the Court denied Plaintiff EAJA fees as untimely. *See* Dkt. #22. On September 28, 2022, Plaintiff filed a reply admitting her Motion's deficiencies and finally attaching the aforementioned exhibits. Dkt. #25.

Defendant is directed to file a sur-response by October 12, 2022, and Plaintiff may file a sur-reply if any by October 17, 2022.

ORDER - 1

DATED this 5th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2